AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

_____ DISTRICT OF Massachusetts _____

UNITED STATES OF AMERICA

V.

Tirson SANTANA

**CRIMINAL COMPLAINT**

CASE NUMBER: 05m - 1116 · JGD

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __August 16th, 2005__ in __Suffolk__ county, in the _____ District of __Massachusetts__ defendant(s) did, (Track Statutory Language of Offense)

being an alien, and having been deported, was found in the United States without the express consent of the United States Attorney General or the Secretary of the Department of Homeland Security

in violation of Title __8__ United States Code, Section(s) __1326(a) and (b)(2)__.

I further state that I am a(n) __Special Agent__ and that this complaint is based on the following
Official Title

facts:

See attached Affidavit

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_William Saxxxx_
Signature of Complainant

Sworn to before me and subscribed in my presence,

08-18-2005                                                  at                        Boston, MA
Date                                                                                  City and State

Judith G. Dein
United States Magistrate Judge                              _Judith Gail Dein_
Name & Title of Judicial Officer                            Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:** _____  **Category No.** II _____  **Investigating Agency** ICE _____

**City** Boston _____   **Related Case Information:**

**County** Suffolk _____   Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Tirson SANTANA _____   Juvenile  ☐ Yes  ☒ No

Alias Name   Tirson SANTANA-GUERERRO; German Ocasio Rivera _____

Address _____

Birth date (Year only): 1960   SSN (last 4 #): _____   Sex M   Race: H   Nationality: DR

Defense Counsel if known: _____   Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA   Nadine Pellegrini _____   Bar Number if applicable _____

Interpreter:  ☒ Yes  ☐ No     List language and/or dialect:   Spanish _____

Matter to be SEALED:  ☐ Yes  ☒ No

☒ Warrant Requested     ☐ Regular Process     ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____.
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

**Charging Document:**   ☒ Complaint   ☐ Information   ☐ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 8/18-05         Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number (To be filled in by deputy clerk):** _____

**Name of Defendant**    Tirson SANTANA

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  8 USC 1326(a) | Illegal re-entry by a deported alien | _____ |
| Set 2  _____ | _____ | _____ |
| Set 3  _____ | _____ | _____ |
| Set 4  _____ | _____ | _____ |
| Set 5  _____ | _____ | _____ |
| Set 6  _____ | _____ | _____ |
| Set 7  _____ | _____ | _____ |
| Set 8  _____ | _____ | _____ |
| Set 9  _____ | _____ | _____ |
| Set 10 _____ | _____ | _____ |
| Set 11 _____ | _____ | _____ |
| Set 12 _____ | _____ | _____ |
| Set 13 _____ | _____ | _____ |
| Set 14 _____ | _____ | _____ |
| Set 15 _____ | _____ | _____ |

**ADDITIONAL INFORMATION:**