AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

──────────── DISTRICT OF ────────────

| UNITED STATES OF AMERICA | |
|---|---|
| V. | **WARRANT FOR ARREST** |
| SOKHAM SEAN | CASE NUMBER: 05M-1120-JGD |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest SOKHAM SEAN, A/K/A BLACKIE
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
conspiracy to distribute a mixture or substance containing a detectable amount of cocaine, a schedule II controlled substance

in violation of
Title 21 United States Code, Section(s) 846

Thomas F. Quinn Deputy Clerk
Name of Issuing Officer Title of Issuing Officer

Thomas F. Quinn August 22, 2005, Boston Massachusetts
Signature of Issuing Officer Date and Location

Bail fixed at $ by
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | USMS DCA |
| WARRANT EXECUTED BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 9/2/2005 | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF Massachusetts

UNITED STATES OF AMERICA

V.

Tirson SANTANA

**WARRANT FOR ARREST**

CASE NUMBER: 05m-1116-JGD

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Tirson SANTANA _____
Name

and bring him ~~or her~~ forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

*[Stamp: RECEIVED U.S. MARSHAL SERVICE BOSTON, MA 2005 AUG 19 A 10: 45]*

charging him ~~or her~~ with (brief description of offense)
illegal re-entry by a deported alien

in violation of Title __8__ United States Code, Section(s) __1326(a) and (b)(2)__

JUDITH G. DEIN
Name of Issuing Officer

*[Signature: Judith Gail Dein]*
Signature of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

08-18-2005    Boston, MA
Date and Location

Bail fixed at $ _____ by _____ ICE
Name of Judicial Officer

**RETURN**

WARRANT EXECUTED BY ARREST AND ARRAIGNMENT OF THE DEFENDANT ON 8-3-2005

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.